UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN HARDY, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Co., et al., <br><br> Defendants. | 23-CV-6774 (JGLC) <br><br> **ORDER ADJOURNING INITIAL PRETRIAL CONFERENCE** |

JESSICA G. L. CLARKE, United States District Judge:

      On August 22, 2023, this case was conditionally transferred to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 2:18-mn-2873, ECF No. 2051. Accordingly, the initial pretrial conference scheduled for September 13, 2023 is hereby ADJOURNED.

Dated: August 23, 2023
       New York, New York

                                                  SO ORDERED.

                                                  *Jessica Clarke*

                                                  JESSICA G. L. CLARKE
                                                  United States District Judge